UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
LUC BURBON,

                              Plaintiff,           NOTICE OF VOLUNTARY
   -against-                                            DISMISSAL PURSUANT TO
                                                     F.R.C.P. 41(a)(1)(A)(i)

BEDSHE INTERNATIONAL CO., LTD,        Case No.: 1:20-cv-05660-ENV-LB

                                   Defendants.
----------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luc Burbon by his counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Bedshe International Co., LTD.

Dated: New York, New York
         February 17, 2021

                                                   THE MARKS LAW FIRM, PC

                                                   By: _____

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**       *THE CLERK IS DIRECTED TO CLOSE THIS CASE*
**Dated: 4/15/2021**

*s/Eric N. Vitaliano*

_____
**Eric N. Vitaliano**
**United States District Judge**